■ WILLIE M. LEE et al., Appellants, v CITY SCHOOL DISTRICT OF THE CITY OF WHITE PLAINS, Respondent.—In a negligence action to recover damages for personal injuries, etc., which was automatically dismissed pursuant to CPLR 3404, plaintiffs appeal from an order of the Supreme Court, Westchester County, entered November 9, 1976, which denied their motion to restore the action to the calendar and to compel the defendant-respondent to submit to an examination before trial. Order affirmed, with $50 costs and disbursements. The affirmation in support of plaintiffs' motion states as an excuse for the failure to file a statement of readiness that the prior attorney was opening his own practice and moving into a new office. In our opinion, the default was basically a "law office failure". Such excuses "have been weighed in the balance many times and found wanting" *(Goldberg v Soifer,* 30 AD2d 533, 534). Further, the level of activity between the time the note of issue was filed and the time of the instant motion was insufficient to rebut the presumption that the action had been abandoned (cf. *Marco v Sachs,* 10 NY2d 542). Cohalan, Acting P. J., Hawkins, Suozzi and Mollen, JJ., concur.

■ PROMOTION MAIL ASSOCIATES, INC., Appellant-Respondent, v HORIZONS COMMUNICATIONS CORP., Respondent-Appellant.—In an action to recover for work, labor and services, and on an account stated, in which defendant counterclaimed for the return of moneys paid and for damages, the parties cross-appeal from a judgment of the Supreme Court, Nassau County, dated November 17, 1975, which, after a nonjury trial, dismissed both the complaint and the counterclaim. Judgment affirmed, without costs or disbursements. The record amply supports Trial Term's determination. Cohalan, Acting P. J., Hawkins, Suozzi and Mollen, JJ., concur.

■ ROCKVILLE IRON WORKS, INC., Respondent, v SILVERITE CONSTRUCTION, INC., et al., Appellants.—In an action, *inter alia,* to recover for certain labor and materials furnished, defendants appeal from so much of an order of the Supreme Court, Nassau County, dated November 30, 1976, as denied their motion for partial summary judgment. Order affirmed insofar as appealed from, with $50 costs and disbursements. As there are triable issues of fact, the motion was properly denied. Cohalan, Acting P. J., Hawkins, Suozzi and Mollen, JJ., concur.